BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITEHEAD ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CAROLYN W. COLVIN** ) <br> **Acting Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | Case No.  13-137 CMK <br><br> STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 17, 2013, to July 19, 2013, and that Defendant's brief will be due August 19, 2013.  Plaintiff's counsel has three other briefs due within the same  seven day period and needs to extend the due date for this summary judgment motion.  This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: June 13, 2013 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: June 13, 2013 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | Donna L. Calvert |
| | | Acting Regional Chief Counsel, Region IX |
| 8 | | Social Security Administration |
| 9 | | |
| 10 | | /s/ Cynthia B. De Nardi |
| | | CYNTHIA B. DE NARDI |
| 11 | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 26, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE