1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6              IN THE UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8
   MICHAEL WHITEHEAD            )   Case No.  13-137 CMK
9                               )
                                )
10                              )   STIPULATION AND
                                )   ORDER EXTENDING PLAINTIFF'S
11        Plaintiff,            )   TIME TO FILE SUMMARY
                                )   JUDGEMENT MOTION
12  v.                          )
                                )
13  CAROLYN W. COLVIN           )
14  Acting Commissioner of Social Security )
    of the United States of America, )
15                              )
16        Defendant.            )
17                              )
                                )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

20  Plaintiff's time to file her summary judgment motion is hereby extended from June 17, 2013, to July

21  19, 2013, and that Defendant's brief will be due August 19, 2013.  Plaintiff's counsel has three other

22  briefs due within the same  seven day period and needs to extend the due date for this summary

23  judgment motion.  This is Plaintiff's first requested extension on this case.

24  / / / /

25  / / / /
26
27  / / / /

28

                                     1

| | | |
|---|---|---|
| 1 | Dated: June 13, 2013 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated: June 13, 2013 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 7 | | Donna L. Calvert |
| | | Acting Regional Chief Counsel, Region IX |
| 8 | | Social Security Administration |
| 9 | | |
| 10 | | /s/ Cynthia B. De Nardi |
| | | CYNTHIA B. DE NARDI |
| 11 | | Special Assistant United States Attorney |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 26, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE