BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL WHITEHEAD, ) | Case No. 2:13-cv-00137-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | EXTENDING DEFENDANT'S TIME TO |
| v. ) | FILE SUMMARY JUDGMENT MOTION |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Defendant's time to file her motion for summary judgment is extended from August 26, 2013 to September 26, 2013. Defendant's counsel has four other briefs due within the same five-day period, and must produce voluminous discovery by the final discovery deadline in an EEOC case during the same period. This is Defendant's first request for an extension.

//

//
//

1

Stipulation, 2:12-cv-02542-CMK

| | | |
|---|---|---|
| DATE: August 20, 2013 | | */s/Bess M. Brewer\** <br> BESS M. BREWER <br> (*email authorization on 8/20/13) <br> Attorney at Law |
| | | Attorney for Plaintiff |
| DATE: August 20, 2013 | | BENJAMIN B. WAGNER <br> United States Attorney |
| | By: | */s/ Cynthia B. De Nardi* <br> CYNTHIA B. DE NARDI <br> Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  August 23, 2013

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2

Stipulation, 2:12-cv-02542-CMK